

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___2/13/2026___

## MEMORANDUM ENDORSED

**Steven Banks**
*Corporation Counsel*

### THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Courtney M. Soliday**
*Special Associate Corporation Counsel*
Office: (212) 356-8761

February 13, 2026

**<u>VIA ECF</u>**

Hon. Gregory H. Woods
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

   *Re: Board of Education of the City School District of the City of New York v. J.J., et al.,* 25-cv-7294 (GHW)(BCM)

Dear Judge Woods:

  I am a Special Associate Corporation Counsel in the Office of the Corporation Counsel assigned to represent Plaintiff, Board of Education of the City School District of the City of New York, in the above-referenced action. Plaintiff brings this action pursuant to the Individuals with Disabilities in Education Act, 20 U.S.C. 1400 et seq., seeking to overturn portions of a decision issued by a State Review Officer in an underlying administrative proceeding.

  Pursuant to Your Honor's Individual Practices and Procedures, Rule 4.(A.), and in accordance with the Family Education Rights and Privacy Act, 20 U.S.C. § 1232(g), Plaintiff respectfully submits this letter-motion seeking to file under seal certain documents from the administrative record at issue in this matter in order to preserve the Student-Defendant's anonymity. *See generally* Soliday Declaration in Support of Plaintiff's Motion for Summary Judgment.

  Thank you for considering this submission.

       Respectfully submitted,

       */s/ Courtney M. Soliday*
       Courtney M. Soliday, Esq
       Special Associate Corporation Counsel

cc:  All counsel of record (via ECF)

Application denied without prejudice. This case has been referred to Magistrate Judge Barbara C. Moses for general pretrial matters and for dispositive motions. Dkt. No. 5. Should Plaintiff wish to renew its request, it must direct it to Judge Moses. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 14.

SO ORDERED.
Dated: February 13, 2026
New York, New York

      GREGORY H. WOODS
     United States District Judge