UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4/29/26
```

BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW
YORK,

                    Plaintiff,

         -against-

J.J., *as parent and natural guardian of K.A., et al.*,

                    Defendants.

25-CV-7924 (GHW) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's motion to "seal certain documents from the administrative record" (Dkt. 18) in this case brought pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. 1400 *et seq*. However, plaintiff has filed the *entire* administrative record under temporary seal (*see* Dkts. 16 to 16-27), including documents (such as Dkts. 16 and 16-2) which do not in fact contain any confidential information. Accordingly, plaintiff's motion to seal is DENIED without prejudice to its right to file a more tailored sealing request.

To that end, the parties are reminded that the sealing and redaction of documents should be minimized, wherever possible, in light of the strong presumption of public access to judicial documents. *See Brown v. Maxwell*, 929 F.3d 41, 47-48 (2d Cir. 2019); *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

The Clerk of Court is respectfully directed to close the motion at Dkt. 18. The documents referenced therein are to remain under seal until further order of the Court.

Dated:  New York, New York
        April 29, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**